UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

FIELD AND ALISON MCCONNELL,

Debtor(s)

BKY 04-60931

---

AgCountry Farm Credit Services, PCA,

ADV 04-6136

Plaintiff(s),

v.

Field McConnell,

DISMISSAL OF

ADVERSARY PROCEEDING

Defendant(s).

---

The court has been advised that this adversary proceeding has been settled or will be settled, that the proceeding has been abandoned by all interested parties or that all issues in the proceeding have become moot. It is not necessary that the file remain open on the calendar of the court. This order is entered accordingly.

IT IS ORDERED: That this adversary proceeding is hereby dismissed with prejudice and without costs to any party. The Court hereby retains complete jurisdiction to vacate this order and to reopen the proceeding upon cause shown that further litigation is necessary, that a settlement has not been completed or that the parties wish to submit and file a stipulation or stipulated form of final judgment to complete a settlement.

IT IS FURTHER ORDERED: That the clerk forthwith serve copies of this order by mail upon the attorneys for the parties appearing in this proceeding.

Date: __3/8/05__.

/e/ Dennis D. O'Brien

DENNIS D. O'BRIEN
UNITED STATES BANKRUPTCY JUDGE

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 03/08/2005
Lori Vosejpka, Clerk, By DWC

E8

```
Case: 04-06136    Form id: 122   Ntc Date: 03/08/2005   Off: 6   Page :  1
Total notices mailed: 2

Aty        BRAKKE, JON RICHARD    VOGEL LAW FIRM,    PO BOX 1389,    FARGO, ND 58107-1389
Aty        HETTICH, RONALD K    MADLOM LAW OFFICE,    PO BOX 9693,    FARGO, ND 58106-9693
```